**Order filed September 27, 2022.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00611-CV

———————

## KOMERICA POST, LLC AND DONG WOOK YANG, Appellants

## V.

## JAI SUNG BYUN, Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2016-12612**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 295th District Court informed this court that appellant had not requested preparation of the reporter's record. On August 24, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of a request as well as payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within twenty days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Poissant and Wilson.